# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MILTON MITCHELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV417-108 |
| | ) | |
| GLEN JOHNSON, | ) | |
| | ) | |
| Respondent. | ) | |

Milton Mitchell petitions this Court for a writ of habeas corpus under 28 U.S.C. § 2254. Doc. 1. That petition was denied as untimely on initial screening, docs. 5 & 7, but remanded upon appeal for further development of the record. Doc. 12 (mandate of the Eleventh Circuit).

Beginning December 1, 2015, the Attorney General for the State of Georgia has agreed to accept electronic service of § 2254 petitions on behalf of respondents, effective upon the entry of an Order directing a response to the petition. *See* MC415-022 (General Order entered Dec. 3, 2015, with attached Memorandum of Understanding between this Court and the Georgia Attorney General accepting electronic service of § 2254 petitions).

Pursuant to that agreement, the Court hereby **ORDERS** the respondent to file a response and to show cause why the relief sought should not be granted within 60 days after service of this Order. The answer shall conform to the requirements of Rule 5 of the Rules Governing § 2254 Cases in the United States District Court. Respondent shall furnish with the answer a copy of any trial transcripts, the transcripts of any state habeas corpus proceedings and orders of the state court denying the writ, and, if the petition appealed from the judgment of conviction or from an adverse judgment or order in a post-conviction proceeding, a copy of all appellate briefs and of the opinion of the appellate court, if any.

**SO ORDERED** this __14th__ day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA