FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN 11 PM 2:24

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MILTON MITCHELL,

    Petitioner,

v.

GLEN JOHNSON,

    Respondent.

CASE NO. CV417-108

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 18), to which objections have been filed (Doc. 19). After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. In his objections, Petitioner fails to address the Magistrate Judge's conclusion that his petition is not only untimely, but also successive. In addition, Petitioner provides no other meritorious objection to the report and recommendation. As a result, Respondent's Motion to Dismiss for Lack of Jurisdiction (Doc. 16) is **GRANTED** and Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**. Petitioner is also not entitled to a Certificate of Appealability, rendering

moot any request to proceed in forma pauperis on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of June 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA