# United States District Court
## Southern District of Georgia

JUDGMENT IN A CIVIL CASE

Milton Mitchell

v.

Glen Johnson

CASE NUMBER: 4:17-cv-108

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated June 11, 2018, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; granting Respondent's Motion to Dismiss for Lack of Jurisdiction and dismissing the Petition for Writ of Habeas Corpus. Petitioner is also not entitled to a Certificate of Appealability, this case stands closed.



06/11/2018
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*