FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUL 17 PM 2: 13

CLERK_____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MILTON MITCHELL,          )
                          )
    Petitioner,           )
                          )
v.                        )          CASE NO. CV417-108
                          )
GLEN JOHNSON,             )
                          )
    Respondent.           )
_____)

## O R D E R

Before the Court is Petitioner's Motion for Certificate of Appealability. (Doc. 22.) In his motion, Petitioner seeks permission to appeal this Court's June 11, 2018 order (Doc. 20) dismissing his Petition for Writ of Habeas Corpus (Doc. 1). Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the Court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

In this case, the Court already determined that Petitioner is not entitled to a Certificate of Appealability. (Doc. 20.) After careful consideration, the

Court finds no reason to disturb its prior holding. As a result, Petitioner's motion (Doc. 22) is **DISMISSED AS MOOT.**

SO ORDERED this 17th day of July 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA